UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PETE JAMES HIGHLUND,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.  2:12-CV-392

Hon. Gordon J. Quist

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 24, 2013 (dkt. # 19).  The Report and Recommendation was duly served on the parties on July 24, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 24, 2013, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed in its entirety for failure to prosecute.  Fed. R. Civ. P. 41(b).

This case is **concluded**.

Dated:  September 4, 2013

       /s/ Gordon J. Quist
       GORDON J. QUIST
       UNITED STATES DISTRICT JUDGE